No. 242. SAMADJOPOULOS *v.* NATIONAL WESTERN LIFE INSURANCE Co. C. A. 1st Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 326. CROSSLIN ET VIR *v.* MOUNTAIN STATES TELEPHONE & TELEGRAPH Co. C. A. 9th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 463. SEA PAK, A DIVISION OF W. R. GRACE & Co. *v.* INDUSTRIAL, TECHNICAL & PROFESSIONAL EMPLOYEES, A DIVISION OF NATIONAL MARITIME UNION, AFL–CIO. Appeal from C. A. 5th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 281. SWANN ET AL. *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL. C. A. 4th Cir. [For earlier orders herein, see; *e. g., ante,* p. 805]; and

No. 436. DAVIS ET AL. *v.* BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, ALABAMA, ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 804.] Motion of United Negro College Fund, Inc., et al. for leave to file a brief as *amici curiae* in both cases granted. Motions of Commonwealth of Virginia and William C. Cramer for reconsideration of denials of motions for leave to participate in oral argument as *amici curiae* in No. 281 denied.

No. 286. ALASKA ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. The parties are requested to file further memoranda on the following questions:

(1) Must Congress authorize or ratify the withdrawal of territorial lands by the President?;

(2) If so, did Executive Order No. 8979 have the necessary authorization or ratification?; and

(3) Was this matter adequately raised below?